UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

IN RE: ***ANDREW THIBODEAUX***  CASE #*14-20585-LC13*

## CHAPTER 13 PLAN

1. The future earnings or other future income of the debtor (s) are submitted to the supervision and control of the court and the debtor (s) or the debtor (s) employer (s) shall pay to the trustee the sum of $$330.00 for 60 months.

   60 MONTH PLAN

   The priority payments to creditors with allowed claims as follows:

The priority payments required by 11 U.S.C. 1326   Trustee -10%;- DAVID J. WILLIAMS-$1,060.00 in preference to all creditors.

The payments to secured creditors with allowed claims as follows:

   Debtor will surrender the ATV to Capital One Retail Services in satisfaction of the secured claim.

   Debtor will pay the secured claims of GMFS, Iberia Bank and US Bank outside of his plan of reorganization.

The above listed holders of secured claims shall retain the liens securing such claims until the earlier of (a) the payment of the underlying debt determined under non bankruptcy law or (b) discharge under 11 U.S.C. 1328.

A. Subsequent to (or pro rata with) dividends to secured creditors, payments to unsecured creditors with allowed claims as follows:

   DEBTOR WILL KEEP ALL SECURED ITEMS FULLY INSURED. DEBTOR PLEDGES HIS INCOME TAX REFUNDS TO THE TRUSTEE FOR THE FIRST THREE YEARS OF THE PLAN.

   UNSECURED CREDITORS WILL BE PAID AFTER THE PRIORITY AND SECURED CLAIMS LISTED ABOVE. IT IS ESTIMATED THAT THE UNSECURED CREDITORS WILL RECEIVE 35% OF THEIR CLAIMS WITHOUT INTEREST OVER A 60 MONTH PERIOD.

/s/ ANDREW THIBODEAUX